# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN DAVID McGOVERN, MC EQUIPMENT HOLDINGS, LLC, MT WATERWORKS, LLC, and BRIAN KELLY EAGLEMAN,<br><br>Defendants. | CR 16-22-GF-BMM<br><br><br>**ORDER** |

The Court conducted a hearing on all pending motions on September 13, 2016. For the reasons discussed in open court,

IT IS HEREBY ORDERED:

1. Defendants' Motion for Bill of Particulars (Doc. 38) is WITHDRAWN.

2. Defendants' Motion for Discovery (Doc. 36) is GRANTED to the extent described in open court.

3. Defendants' Motion to Dismiss Count III of the Superseding Indictment (Doc. 40) is DENIED.

DATED this 15th day of September, 2016.

/s/ Brian Morris
Brian Morris
United States District Court Judge