IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Cause No. CR-16-22-GF-BMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING RULE 17 SUBPOENAS** |
| **KEVIN DAVID McGOVERN and MC EQUIPMENT HOLDINGS, LLC,** | ) | |
| Defendants. | ) | |

* * * * * * * * * * * * * * * * *

Upon motion of Defendants being granted by the Court [Dkt. # 93], the Chippewa Cree Tribe, Bureau of Indian Affairs, and Chippewa Cree Construction Corporation shall deliver to the Court within twenty-one (21) days, the following books, papers, documents, and data:

> All records relating to the purchase and sale of asphalt plant (including miscellaneous equipment and services) (hereinafter "hot plant") from January 1, 2011 through present. Such request includes but is not limited to all contracts, agreements, meeting minutes, resolutions, memoranda, reports, evaluations, notes, communications, fee agreements and bank records related to the Chippewa Cree Tribe of the Rocky Boy's Reservation's (the "Tribe") hot plant purchase

from MC Equipment in about January 2012, the Tribe's sale of the hot plant to Tony Belcourt and/or the Chippewa Cree Construction Corporation ("CCCC") in 2012, and the CCCC's subsequent sale of the hot plant to a third party.

The Clerk shall inform the Court when the items arrive, at which time the Court shall permit the parties and their attorneys to inspect all of the documents obtained through the Subpoenas unless an objection is lodged with the Court.

DATED this 20th day of October, 2016.

Brian Morris
United States District Court Judge