IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-16-22-GF-BMM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| KEVIN DAVID McGOVERN, and MC EQUIPMENT HOLDINGS, LLC, | |
| Defendants. | |

IT IS ORDERED:

In addition to the documents listed in the Court's previous Order (Doc. 165), the Clerk shall unseal Doc. 157, setting the Change of Plea hearing in this case, and Doc. 160, the Order that Doc. 165 amended.

DATED this 23rd day of February, 2017.

Brian Morris
United States District Court Judge