IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN DAVID McGOVERN and MC EQUIPMENT HOLDINGS, LLC,<br><br>Defendants. | CR 16-22-GF-BMM<br><br>ORDER |

Upon motion by the United States, and for good cause shown,

IT IS ORDERED that Counts I, III, and V of the second superseding indictment are DISMISSED. IT IS FURTHER ORDERED that the superseding indictment and the indictment against Kevin David McGovern and MC Equipment Holdings, LLC, are DISMISSED.

DATED this 12th day of June, 2017.

Brian Morris
United States District Court Judge